**FILED**

MAY 22 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A CRIMINAL COMPLAINT, ARREST WARRANT, AND WARRANT TO SEARCH 2252 ENGLAND COURT, STOCKTON, CALIFORNIA; 3415 EWS WOODS BLVD., STOCKTON, CALIFORNIA; THE FOLLOWING CELLULAR PHONES: 209-818-4943; 209-451-6218; 209-688-4748; AND THE VEHICLES DESCRIBED IN THE ATTACHED AFFIDAVIT AND ATTACHMENTS | CASE NO.<br><br>**UNDER SEAL**<br><br>ORDER SEALING DOCUMENTS<br><br>2:13-MJ-0169<br><br>**SEALED** |

SEALING ORDER

Pursuant to Local Rule 141 and based upon the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's the AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINTS, ARREST WARRANTS, AND SEARCH WARRANTS, as well as the warrants themselves and the Court's order.

IT IS SO ORDERED.

DATED: 5/22/13                                    _____
                                                  HON. ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE

"[CLICK & Type Pleading name]"