BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0204 MCE |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| EDWIN MALO-VERGERA, aka Edwin Malo-Flores, aka Edwin Malo, JOSE JUNEZ-RAMIREZ, SR., aka Jose Junez, and AURELIO RUBEN-BULGIN, aka Rubin Bulgin, | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 21, 2013 at 9:00 a.m.

2. By this stipulation, the parties move to continue the status conference until December 19, 2013, at 9:00 a.m. and to exclude time between November 21, 2013 and December 19, 2013 under Local Code T4.

1

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided defense counsel with discovery associated with this case, which includes several law enforcement reports and audio recordings. Additional discovery has been produced, which includes several hundreds of pages of documents and additional audio recordings.

c. Based on the foregoing, defense counsel need additional time, taking into account the exercise of due diligence, to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial. Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on December 19, 2013, at 9:00 a.m. and that it find excludable time from November 21, 2013 through and including the December 19, 2013 status conference. Because of the need for additional preparation outlined above, a denial of a continuance to December 19, 2013 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to December 19, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2

IT IS SO STIPULATED.

DATED: 11/18/2013                              /s/ Michele Beckwith
                                               MICHELE BECKWITH
                                               Assistant U.S. Attorney


DATED:  11/18/2013                             /s/   David Bonilla
                                               DAVID BONILLA
                                               Counsel for Edwin Malo-Vergera


DATED:  11/18/2013                             /s/   Jennifer J. Wirsching
                                               JENNIFER J. WIRSCHING
                                               Counsel for Aurelio Rubin-Bulgin


DATED:  11/18/2013                             /s/   Kyle Knapp
                                               KYLE KNAPP
                                               Counsel for Jose Junez-Ramirez


**O R D E R**

IT IS SO ORDERED.

Dated:  November 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT