ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RUBEN AURELIO BULGIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00204-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| RUBEN AURELIO BULGIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele M. Beckwith, defendant, Edwin Malo-Vergara, by and through his counsel, David W. Bonilla, defendant, Jose Junez-Ramirez, Sr., by and through his counsel, Kyle R. Knapp, and defendant, Ruben Aurelio Bulgin, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, March 20, 2014 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to May 8, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that the defense needs additional time to complete investigation, other defense preparation, and plea negotiations. The Court is advised that Ms. Beckwith concurs with this request and all

Stipulation and Order - 1

1 counsel set forth above have authorized Ms. Radekin to sign this stipulation
2 on their behalf.
3        The parties further agree and stipulate that the time period from the
4 filing of this stipulation until May 8, 2014 should be excluded in computing
5 time for commencement of trial under the Speedy Trial Act, based upon the
6 interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4,
7 to allow reasonable time necessary for effective defense preparation.  It is
8 further agreed and stipulated that the ends of justice served in granting the
9 request outweigh the best interests of the public and the defendant in a
10 speedy trial.
11        Accordingly, the parties respectfully request the Court adopt this
12 proposed stipulation.
13 IT IS SO STIPULATED

Dated: March 13, 2014                BENJAMIN WAGNER
                                     United States Attorney

                                     By:   /s/ Michele Beckwith
                                           MICHELE BECKWITH
                                           Assistant United States Attorney


Dated: March 13, 2014                /s/ David W. Bonilla
                                     DAVID W. BONILLA
                                     Attorney for Defendant
                                     Edwin Malo-Vergara


Dated: March 13, 2014                /s/ Kyle R. Knapp
                                     KYLE R. KNAPP
                                     Attorney for Defendant
                                     JOSE JUNEZ-RAMIREZ, SR.


Dated: March 13, 2014                /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     RUBEN AURELIO BULGIN

1 ORDER

2    For the reasons set forth in the accompanying stipulation and
3 declaration of counsel, the status conference date of March 20, 2014 at 9:00
4 a.m. is VACATED and the above-captioned matter is set for status conference
5 on May 8, 2014 at 9:00 a.m.  The Court finds excludable time in this matter
6 through May 8, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to
7 allow reasonable time necessary for effective defense preparation.  For the
8 reasons stipulated by the parties, the Court finds that the interest of
9 justice served by granting the request outweigh the best interests of the
10 public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A),
11 (h)(7)(B)(iv).

12    IT IS SO ORDERED.
13 Dated:  March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT