```
DAVID W. BONILLA
Attorney at Law - SBN 240162
901 H. STREET, Suite 620
Sacramento, California 95814
Telephone: (916) 447-7842


Attorney for Defendant
EDWIN MALO-VERGARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00204-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| EDWIN MALO-VERGARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele M. Beckwith, defendant, Edwin Malo-Vergara, by and through his counsel, David W. Bonilla, defendant, Jose Junez-Ramirez, Sr., by and through his counsel, Kyle R. Knapp, and defendant, Ruben Aurelio Bulgin, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, JUNE 19TH, 2014 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to AUGUST 28TH, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that the defense needs additional time to complete investigation and other defense preparation for trial. The defense is making arrangements to have alleged recorded phone calls analyzed for voice identification. The Court is advised that the government concurs

1 with this request and all counsel set forth above have authorized David W.
2 Bonilla to sign this stipulation on their behalf.
3     The parties further agree and stipulate that the time period from the
4 filing of this stipulation until August 28th, 2014 should be excluded in
5 computing time for commencement of trial under the Speedy Trial Act, based
6 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
7 Code T4, to allow reasonable time necessary for effective defense
8 preparation.  It is further agreed and stipulated that the ends of justice
9 served in granting the request outweigh the best interests of the public and
10 the defendant in a speedy trial.
11     Accordingly, the parties respectfully request the Court adopt this
12 proposed stipulation.
13 IT IS SO STIPULATED
14 Dated: 06/16/2014                    BENJAMIN WAGNER
                                       United States Attorney
15
                                  By:   /s/ Michele Beckwith
16                                     MICHELE BECKWITH
                                       Assistant United States Attorney
17
18 Dated: 06/16/2014                     /s/ David W. Bonilla
                                       DAVID W. BONILLA
19                                     Attorney for Defendant
                                       Edwin Malo-Vergara
20
21
   Dated: 06/16/14                       /s/ Kyle R. Knapp
22                                     KYLE R. KNAPP
                                       Attorney for Defendant
23                                     JOSE JUNEZ-RAMIREZ, SR.
24
   Dated: 06/16/14                       /s/ Erin J. Radekin
25                                     ERIN J. RADEKIN
                                       Attorney for Defendant
26                                     RUBEN AURELIO BULGIN.
27
28

**ORDER**

For the reasons set forth in the accompanying stipulation, the status conference date of June 19th, 2014 at 9:00 a.m. is VACATED and the above-captioned matter is continued to August 28th, 2014 at 9:00 a.m.  The Court finds excludable time in this matter from June 19, 2014, through August 28th, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   June 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT