ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RUBEN AURELIO BULGIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00204-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| RUBEN AURELIO BULGIN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele M. Beckwith, defendant, Edwin Malo-Vergara, by and through his counsel, Kelly Babineau, defendant, Jose Junez-Ramirez, Sr., by and through his counsel, Kyle R. Knapp, and defendant, Ruben Aurelio Bulgin, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 23, 2014 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to November 20, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that the defense needs additional time to review the translations of the wire recordings from discovery.  The recordings were of conversations in Spanish, and the interpreter has provided

Stipulation and Order - 1

English translations of the recordings in about 20 separate files, sent to Ms. Radekin in multiple emails on October 2 and 3, 2014.  Ms. Radekin has forwarded the files to all defense counsel in this case.  Additional time is also needed for plea negotiations and other defense preparation.  The Court is advised that Ms. Beckwith concurs with this request and all counsel set forth above have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until November 20, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 21, 2014          BENJAMIN WAGNER
                                 United States Attorney

                                 By:    /s/ Michele Beckwith
                                        MICHELE BECKWITH
                                        Assistant United States Attorney


Dated: October 21, 2014           /s/ Kelly Babineau
                                  KELLY BABINEAU
                                  Attorney for Defendant
                                  Edwin Malo-Vergara


Dated: October 21, 2014           /s/ Kyle R. Knapp
                                  KYLE R. KNAPP
                                  Attorney for Defendant
                                  JOSE JUNEZ-RAMIREZ, SR.

Stipulation and Order - 2

Dated: October 20, 2014                    /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           RUBEN AURELIO BULGIN

## ORDER

For the reasons set forth in the parties' joint stipulation (ECF No. 62), the status conference date of October 23, 2014 at 9:00 a.m. is VACATED and the above-captioned matter is SET for a status conference on November 20, 2014 at 9:00 a.m. The Court FINDS EXCLUDABLE time in this matter through November 20, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  October 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT