ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RUBEN AURELIO BULGIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-CR-00204-MCE |
|    )    | |
|         Plaintiff, ) | STIPULATION AND ORDER |
|    )    | TO CONTINUE STATUS CONFERENCE |
| v.    ) | |
|    )    | |
|    )    | |
| RUBEN AURELIO BULGIN,    ) | |
|    )    | |
|         Defendant.   ) | |
| _____ ) | |

**STIPULATION**

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele M. Beckwith, defendant, Edwin Malo-Vergara, by and through his counsel, Kelly Babineau, defendant, Jose Junez-Ramirez, Sr., by and through his counsel, Kyle R. Knapp, and defendant, Ruben Aurelio Bulgin, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, November 20, 2014 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to January 8, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

    The reason for this request is that the defense needs additional time to review the translations of the wire recordings from discovery, for other defense preparation, and for plea negotiations.  The Court is advised that

Stipulation and Order - 1

Ms. Beckwith concurs with this request and all counsel set forth above have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 8, 2015 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

```
Dated: November 18, 2014              BENJAMIN WAGNER
                                      United States Attorney

                                      By:    /s/ Michele Beckwith
                                             MICHELE BECKWITH
                                             Assistant United States Attorney


Dated: November 18, 2014               /s/ Kelly Babineau
                                      KELLY BABINEAU
                                      Attorney for Defendant
                                      Edwin Malo-Vergara


Dated: November 18, 2014               /s/ Kyle R. Knapp
                                      KYLE R. KNAPP
                                      Attorney for Defendant
                                      JOSE JUNEZ-RAMIREZ, SR.


Dated: November 18, 2014               /s/ Erin J. Radekin
                                      ERIN J. RADEKIN
                                      Attorney for Defendant
                                      RUBEN AURELIO BULGIN
```

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of November 20, 2014 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on January 8, 2015 at 9:00 a.m.  The Court finds excludable time in this matter through January 8, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT