BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0204 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EDWIN MALO-VERGERA, aka Edwin Malo-Flores, aka Edwin Malo, | DATE: January 8, 2015 TIME: 9:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| JOSE JUNEZ-RAMIREZ, SR., aka Jose Junez, and | |
| AURELIO RUBEN-BULGIN, aka Rubin Bulgin, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on January 8, 2015,.

2. By this stipulation, defendants now move to continue the status conference until February 12, 2015, and to exclude time between January 8, 2015, and February 12, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has provided defense counsel with discovery associated with this case, which includes several law enforcement reports and audio recordings. Additional discovery has been produced, which includes several hundreds of pages of documents and

additional audio recordings.   Defense counsel has required substantial additional time to translate those audio recordings.

    b) Counsel for defendants desire additional time to analyze those translations, to review discovery, to consult with their clients, conduct additional investigation, and otherwise prepare for trial, if necessary.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2015, to February 12, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  December 31, 2014        BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ MICHELE BECKWITH
                  MICHELE BECKWITH
                  Assistant United States Attorney

DATED: 12/31/2014 /s/ Kelly Babineau
KELLY BABINEAU
Counsel for Edwin Malo-Vergera

DATED: 12/31/2014 /s/ Erin Radekin
ERIN RADEKIN
Counsel for Aurelio Rubin-Bulgin

DATED: 12/31/2014 /s/ Kyle Knapp
KYLE KNAPP
Counsel for Jose Junez-Ramirez

IT IS SO ORDERED.

**Dated: January 6, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE: SPEEDY TRIAL ACT;
FINDINGS AND ORDER

3