KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EDWIN MALO-VEGARA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 13-CR-0204MCE |
| Plaintiff, ) | |
|  ) | STIPULATION REGARDING |
|  ) | EXCLUDABLE TIME PERIODS |
| v.  ) | UNDER SPEEDY TRIAL ACT; |
|  ) | ORDER |
| EDWIN MALO-VEGARA ) | |
| JOSE JUNEZ RAMIREZ, SR. ) | |
| AURELIO RUBEN-BULGIN ) | |
|  ) | Date: 5-14-2015 |
| Defendants. ) | Time: 9:00 a.m. |
| _____) | Judge: Hon. Morrison England |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants by and through their counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 7, 2015.

2. By this stipulation, defendants Edwin Malo-Vegara, Jose Ramirez and Aurelio Bulgin, now move to continue the status conference until May 14, 2015 and to exclude time between May 7, 2015 and May 14, 2015 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided defense counsel with discovery associated with this case, which includes several law enforcement reports and audio recordings. Additional discovery has been produced, which includes several hundreds of pages of documents and additional audio recordings.

b. Counsels for the defendants desire additional time to consult with their clients, to review the current charges, to finish the investigation and research related to the charges, and to discuss potential resolutions with their clients.  Counsel for Mr. Malo-Vegara is currently in trial and unavailable for the court date currently set for May 7, 2015.

c. Based on the foregoing, defense counsel need additional time, taking into account the exercise of due diligence, to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.   Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on May 14, 2015, at 9:00 a.m. and that it find excludable time from May 7, 2015 through and including the May 14, 2015 status conference.  Because of the need for additional preparation outlined above, a denial of a continuance to May 14, 2015 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence..

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 7, 2015 to May 14, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 5, 2015     Respectfully submitted,

           /s/ Kelly Babineau
           KELLY BABINEAU
           Attorney for EDWIN MALO-VEGARA

Dated: May 5, 2015     /s/ Kyle Knapp
           KYLE KNAPP
           Attorney for JOSE JUNEZ-RAMIREZ

Dated: May 5, 2015     /s/ Erin Radkin
           ERIN RADKIN
           Attorney for AURELIO RUBIN-BULGIN

Dated: May 5, 2015     /s/ Michele Beckwith
           Kelly Babineau for:
           MICHELE BECKWITH
           Assistant U.S. Attorney

**O R D E R**

  IT IS SO ORDERED.

Dated:  May 8, 2015

           _____
           MORRISON C. ENGLAND, JR., CHIEF JUDGE
           UNITED STATES DISTRICT COURT